```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PONSFORD P. DOE,                        :
                                        :     CIVIL ACTION
     Plaintiff,                         :     NO. 13-4204
                                        :
        v.                              :
                                        :
APRIA HEALTHCARE GROUP INC.,            :
                                        :
     Defendant.                         :
```

## O R D E R

**AND NOW**, this **10th** day of **April, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED in part and DENIED in part**, as follows:

(1) Defendant's Motion is **GRANTED** as to Plaintiff's claim of retaliation, in violation of 42 U.S.C. § 1981 (Count III);

(2) Defendant's Motion is **DENIED** as to Plaintiff's claim of unlawful termination, in violation of 42 U.S.C. § 1981 (Count II); and

(3) Counts I[1] and III of the Amended Complaint (ECF No. 3) are **DISMISSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1] Plaintiff previously withdrew Count I, his hostile work environment claim.